# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

**U.S.A. vs. Keith Darnell Pridgen**                        **Docket No. 4:02-CR-78-1H**

### Petition for Action on Supervised Release

      COMES NOW Dwayne K. Benfield, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Keith Darnell Pridgen, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 19, 2003, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 5 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

      Keith Darnell Pridgen was released from custody on August 17, 2007, at which time the term of supervised release commenced.

On May 18, 2011, a Petition for Action on Supervised Release was submitted advising that the defendant tested positive for the use of cocaine on May 11, 2011. On May 19, 2011, at the recommendation of the probation officer, the court modified the conditions of supervision to include home confinement with electronic monitoring for a period of 30 days.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

      On October 24, 2011, the releasee submitted a urine sample that yielded a positive result for cocaine. When confronted with the results of the urine test on November 14, 2011, Pridgen admitted to the use of powder cocaine on or about October 22, 2011. Additionally, the defendant admitted to the use of cocaine on October 26, 2011.

Keith Darnell Pridgen
Docket No. 4:02-CR-78-1H
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for 3 consecutive days and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Senior U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-758-7200
Executed On: November 30, 2011

### ORDER OF COURT

Considered and ordered this 1st day of December 2011, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge